UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT POPE, individually, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>DOORDASH, INC.; TONY XU; and any other related entities or individuals,<br><br>        Defendants. | ORDER<br><br>Civil Case No. 19-cv-810 (JS)(AKT)<br><br>STIPULATION OF DISMISSAL (FRCP 41) |

      Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Robert Pope ("Plaintiff") and Defendants DoorDash, Inc. and Tony Xu ("Defendants"), by and through their counsel of record, hereby stipulate and agree that Plaintiff is bound by a valid and enforceable arbitration agreement and class action waiver that covers the claims he has asserted against Defendants in this action. As such, the parties further stipulate and agree that all claims brought by Plaintiff in this action against Defendants shall be dismissed without prejudice and pursued, if at all, in arbitration on an individual basis in accordance with the parties' arbitration agreement. The parties further stipulate and agree that each party shall bear his or its own attorneys' fees and costs incurred in connection with the filing and litigation of this action in this forum.

      The parties therefore respectfully request the Court to approve this Stipulation and order dismissal of this action in accordance herewith.

Date: June 5, 2019

/s/ *(signature)*

Michael Tompkins
Suzanne Leeds
One Old Country Road – Suite 347
1776 Eastchester Road, #210
Carle Place, New York 11514
516.873.9550

*Attorneys for Plaintiff*

Date: June 5, 2019

/s/ *(signature)*

Andrew M. Spurchise
Maayan Deker
Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022-3298
212.583.9600

*Attorneys for Defendants*

SO ORDERED:

/s/ JOANNA SEYBERT
───────────────────────
Honorable Judge Joanna Seybert

The Clerk of the Court is directed to mark the case CLOSED.

June 11, 2019
Dated
Central Islip, NY